# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARLOS LAMPLEY

NO. 2021 KW 0692

OCTOBER 5, 2021

---

In Re:    Carlos Lampley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-14-1125.

---

BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed in October 2019, on or before November 5, 2021. A copy of the district court's ruling shall be filed in this court on or before November 12, 2021.

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT